1 | NICHOLAS P. CONNON (State Bar No. 150815)
CONNON & WOOD LLP
2 | One Wilshire Boulevard, Suite 2200
Los Angeles, California 90017
3 | Tel: (213) 629-8715
Fax: (213) 629-3800
4
ROBERT A. CANTORE (State Bar No. 127462)
5 | LAURIE A. TRAKTMAN (State Bar No. 165588)
GILBERT & SACKMAN
6 | 6100 Wilshire Boulevard, Suite 700
Los Angeles, California 90048
7 | Tel: (323) 938-3000
Fax: (323) 937-9139
8
JOSEPH B. SCUDIERO (State Bar No. 116198)
9 | SCOTT A. BISHOP (State Bar No. 210645)
LAW OFFICES OF JOSEPH B. SCUDIERO
10 | 624 W. Ninth St., Suite 101
San Pedro, California 90731
11 | Tel: (310) 548-6400
Fax: (310) 548-6047
12
Attorneys for Plaintiffs
13
MICHAEL L. WOLFRAM (State Bar No. 56240)
14 | JOHN S. BATTENFELD (State Bar No 119513)
MORGAN, LEWIS & BOCKIUS LLP
15 | 300 South Grand Avenue, Twenty-Second Floor
Los Angeles, California 90071-3132
16 | Tel: (213) 612-2570
Fax: (213) 612-2554
17
ROBERT J. SMITH
18 | MORGAN, LEWIS & BOCKIUS LLP
1600 Tysons Boulevard
19 | McLean, Virginia 22101
Tel: (703) 918-1000
20 | Fax: (703) 918-1999

21 | Attorneys for Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH JOHANNES, et al. | CASE NO. CV-98-6153DT (AJWx) |
| Plaintiffs, | [PROPOSED] ORDER RE AGREEMENT TO CONDUCT TWO DAY MEDIATION AND REQUEST TO CONTINUE DISCOVERY CUTOFF AND TRIAL DATES |
| vs. | |
| AEROTEK, INC., et al., | |
| Defendants. | Pretrial Conf: Feb. 4, 2002<br>Trial Date: March 5, 2002 |

FILED
CLERK, U S DISTRICT COURT
AUG 20 2001
CENTRAL DISTRICT OF CALIFORNIA
BY            DEPUTY

ENTERED ON ICMS
AUG 22 2001

364

064.01

Having considered the Stipulation re Agreement to Conduct Two Day Mediation And Joint Request to Continue Discovery Cutoff And Trial Dates, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. The parties shall mediate this dispute with Michael Dickstein serving as the mediator on September 20 and 21, 2001, and, if necessary and appropriate, Saturday, September 22, 2001.

2. If the mediation with Mr. Dickstein is not successful, the parties shall submit their outstanding discovery disputes to Magistrate Wistrich no later than October 5, 2001.

3. The discovery cutoff date shall be continued to December 15, 2001;

4. The pre-trial conference shall be continued to February 4, 2002, or as soon thereafter as the Court's calendar permits.

5. Trial in this matter shall commence on March 5, 2002, or as soon thereafter as the Court's calendar permits.

6. The prior discovery cutoff, pre-trial conference and trial dates are hereby vacated.

DATED: AUG 17 2001

DICKRAN TEVRIZIAN
UNITED STATES DISTRICT COURT

3