1  MICHAEL L. WOLFRAM, State Bar No. 56240
   JOHN S. BATTENFELD, State Bar No. 119513
2  MORGAN, LEWIS & BOCKIUS LLP
   300 South Grand Avenue
3  Twenty-Second Floor
   Los Angeles, CA 90071-3132
4  Telephone:  (213) 612-2500
   Facsimile:   (213) 612-2554
5
   ROBERT J. SMITH
6  MORGAN, LEWIS & BOCKIUS LLP
   1600 Tysons Boulevard
7  McLean, VA 22102
   Telephone:   703-918-1000
8  Facsimile:    703-918-1999

FILED
CLERK, U S DISTRICT COURT
JAN 29 2002
CENTRAL DISTRICT OF CALIFORNIA
BY                        DEPUTY

ENTER ON ICMS
JAN 30 2002

Attorneys for Defendants
Aerotek, Inc., Maxim Group, Inc., MAXIM
Healthcare Services, Inc., Onsite Engineering &
Management, Inc., TEKsystems Management, Inc.,
Allegis Group, Inc. and Affiliated Services, Inc.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JOHANNES, et al., | Case No. 98-6153 DT (AJWx) |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE POST-MEDIATION STATUS REPORT AND JOINT REQUEST TO VACATE DISCOVERY CUTOFF, PRETRIAL CONFERENCE AND TRIAL DATES |
| vs. | |
| AEROTEK, INC., et al., | |
| Defendants. | |

The parties, by and through their respective counsel, hereby enter into this Stipulation based upon the following:

1.  As explained in the Stipulation re Agreement to Conduct Two Day Mediation and Joint Request to Continue Discovery Cutoff and Trial Dates filed on August 16, 2001, the parties agreed to mediate this dispute. Four days of mediation took place on October 18 and 19 and December 5 and 6, 2001. As a result of those efforts, the parties have reached a tentative agreement on an overall concept to resolve the case. While certain details remain to be resolved

1-LA/598769.1



before a written Stipulation of Settlement can be presented to the Court for preliminary approval, the parties are optimistic that they will be able to do so. In this regard, counsel for the parties held a meeting on January 15, 2002, during which several issues were resolved.

2. The parties desire to focus their energies and attention on finalizing the details of a settlement. The parties believe that a continuance of the discovery cutoff, pre-trial conference and trial dates is warranted so that they can conclude settlement discussions without incurring significant additional legal fees to complete discovery and prepare for trial, and without requiring the Court's time and attention to be devoted to such matters.

3. Therefore, the parties have agreed that the discovery cutoff date, pre-trial conference and trial date should be vacated given the current status of settlement discussions. The parties propose that a status conference be scheduled in the near future at which time the parties will report to the Court about the status of settlement and whether there is any need to set new dates for the discovery cutoff, pre-trial conference and trial of this action.

4. To the extent that the Court has any questions or concerns regarding the foregoing, the parties have agreed to make themselves available immediately for a status conference with the Court. Otherwise, the parties respectfully request that the foregoing Stipulation be accepted by the Court and entered on the Court's docket.

Based upon the foregoing, the parties hereby stipulate as follows:

a. The December 15, 2001 discovery cutoff date, February 4, 2002 pre-trial conference and March 5, 2002 trial date shall be vacated; and

b. A status conference shall be scheduled for FEB. 25, 2002, at which time the parties will report to the Court on the status of settlement and whether there is any

1-LA/598769.1

2

1 | need to set new dates for the discovery cutoff, pre-trial conference and trial.

Dated: January 2̶4̶ 2002

MORGAN, LEWIS & BOCKIUS LLP
ROBERT J. SMITH
JOHN S. BATTENFELD

By _____
John S. Battenfeld
Attorneys for Defendants

Dated: January 24, 2002

CONNON & WOOD LLP

By _____
Nicholas P. Connon
Attorneys for Plaintiffs

## ORDER

Based upon the foregoing Stipulation, and for good cause, it is **HEREBY ORDERED THAT:**

1. The December 15, 2001 discovery cutoff date, February 4, 2002 pre-trial conference and March 5, 2002 trial date shall be vacated; and

2. A further status conference shall be held on FEB. 25, 2002 at 10:00 am

Dated: JAN 29 2002

**DICKRAN TEVRIZIAN**
United States District Judge

1-LA/598769.1

3

| | |
|---|---|
| 1 | **PROOF OF SERVICE** |
| 2 | I, Valerie C. Mitsuanga, declare: |
| 3 | I am a resident of the State of California and over the age of eighteen years, and not a party to the within action; my business address is 300 South Grand Avenue, Twenty-Second Floor, Los Angeles, CA 90071-3132. On January 25, 2002, I served the within documents: |
| 4 | |
| 5 | STIPULATION AND [PROPOSED] ORDER RE POST-MEDIATION STATUS REPORT AND JOINT REQUEST TO VACATE DISCOVERY CUTOFF, PRETRIAL CONFERENCE AND TRIAL DATES |
| 6 | |
| 7 | |
| 8 | ☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m. |
| 9 | ☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. |
| 10 | |
| 11 | ☐ by placing the document(s) listed above in a sealed _____ envelope and affixing a pre-paid air bill, and causing the envelope to be delivered to a _____ agent for delivery. |
| 12 | |
| 13 | ☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below. |
| 14 | |
| 15 | Nicholas P. Connon, Esq. |
| 16 | Connon & Wood LLP |
| 17 | One Wilshire Blvd., Suite 2200 Los Angeles, CA 90017 |
| 18 | I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit. |
| 19 | |
| 20 | |
| 21 | I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made. |
| 22 | |
| 23 | Executed on January 25, 2002, at Los Angeles, California. |
| 24 | |
| 25 | |
| 26 | Valerie C. Mitsunaga |
| 27 | |
| 28 | |

1-LA/598769.1